U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2022 JUL 15 PM 3:04

DEPUTY CLERK

4-22CV-305-Y

7/4/22

To Whom It May Concern;

My name is Jesse Herrera #0321885, and I have a little story to share with you, about what has been happening in my life.

I lived at 3218 Las Vegas Trl. #135 Ft. Worth TX. 76106; during my stay there I have been burglarize, assualted, falsely accuezed of child molestation. The "Burglarys" were orcastated by management of appartments "Rhonda", as well as the child molestation accusation, assitant worker put children out at night around 2:00 AM to walk the appartments young girls 10 and 12 year olds. I lost my ~~housing~~ Public Housing due to ~~these~~ accusations, incedents. The burglary assault was done twice: once by a David W. Jasso who broke my back bedroom window and assualted me by beating me up. I filed charges but nothing ever happend or come of it. Then I had a group of 5 people kick open my front door the "Smiths", I filed but nothing ever came of it. I know all individuals envolved but they are being protected by law enforcement. I have two charges that the same law enforcement are involved.

\* Note: Second situation about charges

Note: Burglarys were all orcastrated by appartme management, coworker.

NOTE: BEEN HAVING THIS CHARGE FOR 2YRS NOW →

I HAVE 2 CHARGES PENDING "TERRORISTIC THREAT" WHICH I WAS THE ONE ASSUALTED BY THE INDIVIDUAL FILING CHARGE. THE INDIVIDUALS HAVE LAW ENFORCEMENT ENVOLVED BY LIEWEZ, FAMILY CONNECTIONS. A SON-IN-LAW of MONICA LONGORIA

MY PAROLE OFFICIER IS ENVOLVED IN THIS WHOLE SITTUATION.

MY OTHER CHARGE IS "BURGLERY of A HABITAT." ON July 4/5, 2021 I WAS CHANGED MHMR MEDS AND AROUND 9 OR 10 PM I WAS WALKING AROUND WAS STOPPED BY FORT WORTH PD. I TOLD THEM I WAS BEING CHASED BY SOMEONE TRYING TO BEAT ME UP, CAN HE TAKE ME TO JPS HOSPITAL FOR "PSYCHITRICAL OBSERVATION". THESE SAME OFFICERS ARE INVOLVED IN MY OTHER CHARGE ALSO "TERRORISTIC THREAT". AS WELL AS MY PAROLE OFFICERS INVOLVEMENT THESE OFFICERS HELPPED TWO CRIMINALS ESCAPE FROM THE BURGLARY SITE. THESE OFFICERS, PAROLE OFFICER ARE INVOLVED IN "BOTH CHARGES I HAVE" AND I FEEL BOTH THESE CHARGES NEED TO BE PROPERLY INVESTIGATED.

NOTE: TERRORISTIC THREAT #1658508
Burglery of HAB #1694539   THANK YOU

P.S
I FEAR FOR MY SAFTEY DUE TO LAW ENFORCEMENT, PAROLE OFFICER ENVOLVEMENT

Sincerly
Jesse Herrera
JESSE HERRERA #0321885
100 N. LAMAR ST
FT WORTH TX. 76196

HERRERA, JESSE #0321885
100 N. LAMAR
FT. WORTH TX. 76196

NORTH TEXAS TX P&DC
DALLAS TX 750
8 JUL 2022  PM 10 L



FEDERAL COURTHOUSE
501 W. 10TH ST. #310
FORT WORTH, TX. 76102

RECEIVED
JUL 12 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TX

76102-364185